IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES, | |
| Petitioner, | 8:21CV249 |
| vs. | |
| SCOTT FRAKES, | ORDER |
| Respondent. | |

IT IS ORDERED that Respondent may reply to Petitioner's Motion to Alter or Amend Memorandum and Order (Filing 7) on or before August 2, 2021.

Dated this 22nd day of July, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge