IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES,<br><br>            Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>           Respondent. | **8:21CV249**<br><br>**ORDER** |

    IT IS ORDERED that Petitioner's Motion to Alter or Amend Memorandum and Order (Filing 7) is granted. An Amended Memorandum and Order (progression order) will be filed separately.

    Dated this 30th day of July, 2021.

                                                BY THE COURT:

                                                *Richard G. Kopf*

                                                Richard G. Kopf
                                                Senior United States District Judge