IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THOMAS R. JONES,

        Petitioner,

vs.

DIANE SABATKA-RINE,

        Respondent.

8:21CV249

**ORDER**

Upon consideration,

IT IS ORDERED that:

1. Petitioner's Motion for Extension of Time, Filing No. 41, is granted. Petitioner shall have until December 7, 2022, to file an amended petition.

2. Respondent shall file an answer and separate brief no later than 30 days after the filing of Petitioner's amended petition. The remaining deadlines in the Court's prior progression order, Filing No. 37, remain the same.

3. The clerk's office is directed to set the following pro se case management deadlines:

    a. **December 7, 2022**: check for Petitioner's amended petition.

    b. **January 6, 2023**: check for Respondent's answer and brief.

Dated this 1st day of December, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge