IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES, | |
| Petitioner, | 8:21CV249 |
| vs. | |
| DIANE SABATKA-RINE, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on a motion filed by Petitioner titled "Petitioner's Motion for an Extension of Time to File an Amended Petition." Filing No. 49. Although in the motion title and conclusion Petitioner requests a 30-day extension of time to file an amended petition, the body of the motion requests an additional thirty days to file a responsive brief to Respondent's Answer.[1] As cause, Petitioner submits that due to his incarceration and his counsel's recent surgery, Petitioner requires additional time to complete his brief. *Id.* at 1–2.

Upon consideration,

---

[1] In the body of the motion, Petitioner "moves the [C]ourt for a 30-day extension of his deadline for filing a responsive Brief to Respondent's Answer" and references the progression order allowing until February 6, 2023, to file a responsive brief. Filing No. 49 at 1.

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 49, is **GRANTED**. Petitioner shall have until **March 8, 2023**, to file a response to Respondent's Answer.

2. The clerk's office is directed to set the following pro se case management deadline: **March 8, 2023**: check for Petitioner's brief in response to Answer.

Dated this 13th day of February, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge