IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES,<br><br>                Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>                Respondent. | 8:21CV249<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on a motion filed by Petitioner, through counsel, seeking a 30-day extension to file his supplemental brief addressing the Motion for Evidentiary Hearing (the "Motion"), Filing No. 44, in compliance with this Court's order dated September 4, 2024, Filing No. 56. As cause, Petitioner submits that additional time is needed for his counsel to re-familiarize herself with the case, the State Court Record, and to meet with Petitioner before preparing the supplemental brief, due both to the length of time briefing on the Motion was stayed and counsel's upcoming deadlines in other matters. *Id.* at 1–2.

      Upon consideration,

      IT IS ORDERED that:

      1. Petitioner's Motion, Filing No. 56, is **GRANTED**. Petitioner shall have until **November 4, 2024**, to file his brief.

      2. The times for Respondent to file a response and for Petitioner to file his reply are governed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

      3. Any motions for extensions of time to comply with this Order must be filed prior to the applicable deadline.

4. The Clerk's Office is directed to terminate the previous pro se case management deadline of "October 4, 2024: deadline for Petitioner's Supplement to the Motion for Evidentiary Hearing," and to set the following pro se case management deadline: **November 4, 2024**: deadline for Petitioner's Supplement to the Motion for Evidentiary Hearing.

Dated this 3rd day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge