IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROB JEFFREYS,<br><br>　　　　　Respondent. | 8:21CV249<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on an unopposed motion filed by Petitioner Thomas R. Jones ("Petitioner") though counsel, seeking a 7-day extension of the November 4, 2024, deadline to file his supplemental brief, Filing No. 58, addressing the Motion for Evidentiary Hearing (the "Motion"), Filing No. 44, in compliance with this Court's September 4, 2024, Memorandum and Order, Filing No. 55.  As cause, Petitioner submits that due to a family issue his counsel may need to be out of the office for several days and therefore requests an additional week to complete his supplemental brief.  Filing No. 58.

Upon consideration,

**IT IS ORDERED** that:

　　　1.　　Petitioner's Motion, Filing No. 58, is granted.  Petitioner shall have until **November 12, 2024**, to file his brief.

　　　2.　　The times for Respondent to file a response and for Petitioner to file his reply are governed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

　　　3.　　Any motions for extensions of time to comply with this Order must be filed

prior to the applicable deadline.

4. The clerk's office is directed to set the following pro se case management deadline: **November 12, 2024**: check for Petitioner's supplemental brief.

Dated this 31st day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge