IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES,<br><br>           Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>           Respondent. | 8:21CV249<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Respondent Rob Jeffreys ("Respondent") seeking an extension until December 26, 2024, to file his supplemental brief, Filing No. 61, addressing the Motion for Evidentiary Hearing (the "Motion"), Filing No. 44, in compliance with this Court's September 4, 2024, Memorandum and Order, Filing No. 55.  As cause, Respondent submits that due to his counsel's workload in other cases and the upcoming holidays additional time is needed to complete his supplemental brief.  Filing No. 61.

Upon consideration,

**IT IS ORDERED** that:

    1.    Respondent's Motion, Filing No. 61, is granted.  Respondent shall have until **December 26, 2024**, to file his brief.

    2.    The time for Petitioner to file his reply remains governed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

    3.    Any motions for extensions of time to comply with this Order must be filed prior to the applicable deadline.

    4.    The clerk's office is directed to set the following pro se case management

deadline: **December 26, 2024**: check for Respondent's supplemental brief.

Dated this 27th day of November, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge