IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS R. JONES,<br><br>               Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>               Respondent. | 8:21CV249<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Petitioner seeking to extend his deadline to file a motion for evidentiary hearing from July 25, 2025, as set forth in this Court's June 25, 2025, Order, Filing No. 65, by 14 days. Filing No. 66. As cause, counsel for Petitioner submits that additional time is needed in order to meet and consult with Petitioner, which she has been unable to do due to her work schedule in other unrelated matters. *Id.* at 1.

Upon consideration,

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 66, is **GRANTED**. Petitioner shall have until **August 11, 2025**, to file a motion for evidentiary hearing in accordance with this Court's June 25, 2025, Memorandum and Order at Filing No. 65.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "July 25, 2025: Check for motion for evidentiary hearing," and to set the following pro se case management deadline: **August 11, 2025**: Check for motion for evidentiary hearing.

Dated this 28th day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge